UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Matthew Zaradich<br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:  18-02392<br><br>Chapter: 13<br>Honorable LaShonda A. Hunt |

### ORDER GRANTING MOTION TO MODIFY CONFIRMED PLAN

THIS MATTER coming to be heard on the MOTION TO MODIFY CONFIRMED PLAN, the court having jurisdiction, with due notice having been given to all parties in interest, IT IS HEREBY ORDERED AS FOLLOWS:

1. The monthly plan payment is reduced to $375.
2. $665 in arrears are deferred.

Enter: [signature]

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated: 29 APR 2019

**Prepared by:**
Dale Riley
Geraci Law LLC
55 E. Monroe, Ste. 3400
Chicago, IL 60603

Rev: 20170105_bko